Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **STARSHINE ACADEMY** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA STARSHINE ACADEMY SCHOOLS |
| 3. | Debtor's federal Employer Identification Number (EIN) | 54-2105213 |

| 4. | Debtor's address | **Principal place of business**<br><br>3535 E. McDowell Road<br>Phoenix, AZ 85008<br>Number, Street, City, State & ZIP Code<br><br>Maricopa<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | (http://www.Starshineacademy.org) |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |
|---|---|---|

| Debtor | STARSHINE ACADEMY | Case number (if known) | |
|---|---|---|---|
| | Name | | |

7. Describe debtor's business

    A. *Check one:*
    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ■ None of the above

    B. *Check all that apply*
    ■ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
    ____

8. Under which chapter of the Bankruptcy Code is the Debtor filing?

    *Check one:*
    ☐ Chapter 7
    ☐ Chapter 9
    ■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

    ■ No.
    ☐ Yes.

    If more than 2 cases, attach a separate list.

    | District _____ | When _____ | Case number _____ |
    | District _____ | When _____ | Case number _____ |

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor _____ | | Relationship to you _____ |
    | District _____ | When _____ | Case number, if known _____ |

| Debtor | **STARSHINE ACADEMY** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   STARSHINE ACADEMY                                  Case number (if known)
         Name

■ Request for Relief, Declaration, and Signature

WARNING – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 26, 2016
              MM / DD / YYYY

X _____        PATRICIA A. McCARTY
  Signature of authorized representative of debtor   Printed name

  Title   President

18. Signature of attorney

X _____        Date   February 26, 2016
  Signature of attorney for debtor                       MM / DD / YYYY

  Donald W. Powell -
  Printed name

  CARMICHAEL & POWELL, P.C.
  Firm name

  7301 North 16th Street, Suite 103
  Phoenix, AZ 85020-5297
  Number, Street, City, State & ZIP Code

  Contact phone   602-861-0777        Email address   d.powell@cplawfirm.com

  3238
  Bar number and State



## CORPORATE RESOLUTION

I, PATRICIA A. McCARTY, the duly elected President of STARSHINE ACADEMY, do hereby certify that the following is a true and correct copy of the Resolution duly adopted by the Board of Directors of STARSHINE ACADEMY, at a meeting of said Board of Directors convened on the 26th day of February, 2016.

> RESOLVED, that a Petition under Chapter 11 be filed forthwith on behalf of STARSHINE ACADEMY, and PATRICIA A. McCARTY, President of STARSHINE ACADEMY is hereby authorized and directed to take all steps necessary, and to execute and deliver all documents required, for the filing of a Petition under Chapter 11 forthwith on behalf of STARSHINE ACADEMY.

DATED this 26th day of February, 2016.

_____
PATRICIA A. McCARTY
President

# LIST OF CREDITORS

BOKF, NA dba Bank of Arizona
c/o Brenda Black
3001 E. Camelback Road
Phoenix, Arizona 85016


The Industrial Development Authority
 Of the County Pima
c/o Russo, Russo & Slania, P.C.
6700 N. Oracle Road, Ste. 100
Tucson, AZ 85704


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


State of Arizona
Dept. of Revenue
1600 W. Monroe
Phoenix, AZ 85007

**United States Bankruptcy Court**
District of Arizona

In re   STARSHINE ACADEMY

Debtor(s)

Case No. _____
Chapter   **11**

## DECLARATION

I, the President of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **1** sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:  **February 26, 2016**

_/s/ Patricia A. McCarty_
PATRICIA A. McCARTY/President
Signer/Title

Date:  **February 26, 2016**

Signature of Attorney
Donald W. Powell - 3238
CARMICHAEL & POWELL, P.C.
7301 North 16th Street, Suite 103
Phoenix, AZ 85020-5297
602-861-0777   Fax: 602-870-0296

MML-5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**STARSHINE ACADEMY**

BOKF, NA dba Bank of Arizona
c/o Brenda Black
3001 E. Camelback Road
Phoenix, Arizona 85016


The Industrial Development Authority
 Of the County Pima
c/o Russo, Russo & Slania, P.C.
6700 N. Oracle Road, Ste. 100
Tucson, AZ 85704


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


State of Arizona
Dept. of Revenue
1600 W. Monroe
Phoenix, AZ 85007

# United States Bankruptcy Court
## District of Arizona

In re    **STARSHINE ACADEMY**  
Debtor(s)

Case No. _____  
Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| None - Non-Profit Corporation | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   February 26, 2016      Signature   /s/ PATRICIA A. McCARTY

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re  **STARSHINE ACADEMY**                                     Case No. _____
                                    Debtor(s)                    Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                    $ __350 per hour__
   Prior to the filing of this statement I have received          $ __4,130.00__
   Balance Due                                                     $ __350.00 per hour__

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 26, 2016**
Date

*[signature]*

**Donald W. Powell - 3238**
*Signature of Attorney*
**CARMICHAEL & POWELL, P.C.**
**7301 North 16th Street, Suite 103**
**Phoenix, AZ 85020-5297**
**602-861-0777  Fax: 602-870-0296**
**d.powell@cplawfirm.com**
*Name of law firm*