Donald W. Powell – State Bar No. 3238
**CARMICHAEL & POWELL, P.C.**
7301 North 16th Street, Ste. 103
Phoenix, Arizona 85020-5297
Phone: (602) 861-0777
d.powell@cplawfirm.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>STARSHINE ACADEMY,<br><br>Debtor. | No. 2: 16-01803-SHG<br><br>CHAPTER 11<br><br>LIST OF TWENTY LARGEST UNSECURED CREDITORS IN ORDER |

COMES NOW the Debtor, by and through its attorneys undersigned, and herein provides its List of Twenty Largest Unsecured Creditors in Order. Such list is attached as Exhibit A.

RESPECTFULLY SUBMITTED this 18th day of March, 2016.

CARMICHAEL & POWELL, P.C.

By _____
Donald W. Powell
7301 North 16th Street, #103
Phoenix, Arizona 85020
Attorneys for Debtor

COPY of the foregoing sent electronically this 18th day of March, 2016, to:

Jennifer A. Giaimo
United States Trustee
230 North First Avenue, #204
Phoenix, Arizona 85003
Jennifer.A.Giaimo@usdoj.gov

/s/ [signature]
_____

# EXHIBIT A

# LIST OF TWENTY LARGEST UNSECURED CREDITORS IN ORDER

| | |
|---|---|
| Leonidas G. Condos, P.C.<br>1820 E. Ray Road<br>Chandler, AZ 85225 | $ 30,342.00 |
| Genesis I; 1 Services<br>3025 Yale St.<br>Phoenix, AZ 85008 | 24,310.66 |
| City of Phoenix<br>251 West Washington St., 3rd Floor<br>Phoenix, AZ 85003 | 20,042.50 |
| Apex Learning<br>1215 Fourth Avenue, Ste. 1500<br>Seattle, WA 98161 | 19,562.50 |
| Mariposa Landscaping Arizona Inc.<br>15529 Arrow Highway<br>Irwindale, CA 91706 | 16,711.49 |
| Food Service Warehouse<br>84 Inverness Circle East<br>Englewood, CO 80112 | 15,133.58 |
| Math-U-See Inc.<br>P.O. Box 8888<br>Lancaster, PA 17604 | 14,379.22 |
| KB Property Maintenance LLC<br>5903 W. Michigan Avenue<br>Glendale, AZ 85308 | 11,000.00 |
| Backbone Communications<br>5025 N. Central Avenue, #422<br>Phoenix, AZ 85012 | 10,547.00 |
| Arizona West Valley Catering<br>9299 W. Olive Ave., Ste. 113<br>Peoria, AZ 85345 | 10,097.92 |
| Learning Solutions Inc.<br>15434 N. 180th Ct.<br>Surprise, AZ 85388 | 10,000.00 |

| | |
|---|---:|
| EMP Management<br>20701 N. Scottsdale Rd., #107-233<br>Scottsdale, AZ 85255 | 9,000.00 |
| Steps<br>131 E. Secretariat Dr.<br>Tempe, AZ 85284 | 5,950.00 |
| Holcomb & Shreeve, P.C.<br>3050 E. Irwin Avenue<br>Mesa, AZ 85204 | 5,875.00 |
| Collett's<br>5212 W. Camelback Road<br>Glendale, AZ 85301 | 5,774.46 |
| School Pointe<br>(formerly Index Blue)<br>3248 West Henderson Rd.<br>Columbus, OH 43220 | 5,650.00 |
| Healthnet Life Ins. Co.<br>P.O. Box 70061<br>Los Angeles, CA 90074 | 5,636.36 |
| MAS Educational Services, LLC<br>6438 W. Cavedale Dr.<br>Phoenix, AZ 85083 | 5,500.00 |
| Starmark Administration Suite 3087<br>c/o The Northern Trust Bank<br>350 N. Orleans St. 8th Floor<br>Chicago, IL 60654 | 4,954.53 |
| Edmentum<br>5600 West 83rd Street<br>Suite 300, 8200 Tower<br>Bloomington, MN 55437 | 4,950.24 |