Donald W. Powell – State Bar No. 3238
**CARMICHAEL & POWELL, P.C.**
7301 North 16th Street, Ste. 103
Phoenix, Arizona 85020-5297
Phone: (602) 861-0777
d.powell@cplawfirm.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| In re | No. 2: 16-01803-SHG |
|---|---|
| STARSHINE ACADEMY, | CHAPTER 11 |
| Debtor. | AMENDMENTS TO SCHEDULE A/B AND STATEMENT OF FINANCIAL AFFAIRS |

COMES NOW the Debtor, by and through its attorneys undersigned, and herein amends Schedule A/B and the Statement of Financial Affairs.

**No. 3.1, Schedule A/B**. The last four digits of the account number of Wells Fargo are 1790.

**Nos. 55.1 and 55.2, Schedule A/B**. The nature and extent of the Debtor's interest in the real property is fee simple ownership.

**Schedule G.** The names and addresses are:

ASU Skysong
Attention: Accounting
1475 N. Scottsdale Rd., Ste. 200
Scottsdale, AZ 85257


Hillcrest Academy
3535 E. McDowell Road
Phoenix, AZ 85008


Kansas State Bank
P.O. Box 69
Manhattan, KS 66505


Pacific Office Automation
1305 W. 1st Street
Tempe, AZ 85281


Sunwize, LLC
111 W. Saint John St., Ste. 1200
San Jose, CA 95113.


**No. 3, Statement of Financial Affairs.**

**WEST VALLEY FOOD SERVICES:**

| DATE | AMOUNT |
| --- | --- |
| 12/04/2015 | $6,094.62 |
| 12/08/2015 | $4,000.00 |
| 12/17/2015 | $5,436.13 |
| 12/22/2015 | $5,436.13 |
| 12/22/2015 | $7,733.44 |

## PHILADELPHIA INSURANCE

| DATE | AMOUNT |
|---|---|
| 12/04/2015 | $4,579.49 |
| 01/11/2016 | $2,914.65 |
| 02/03/2016 | $9,419.63 |

## SALT RIVER PROJECT

| DATE | AMOUNT |
|---|---|
| 01/13/2016 | $ 119.52 |
| 2/16/2016 | $ 136.85 |
| 01/13/2016 | $ 219.50 |
| 2/16/2016 | $ 171.54 |
| 12/04/2015 | $ 287.25 |
| 02/16/2016 | $ 192.69 |
| 01/13/2015 | $ 43.16 |
| 02/16/2016 | $ 43.16 |
| 01/13/2015 | $ 249.80 |
| 02/16/2016 | $ 346.08 |
| 02/16/2016 | $5,595.57 |

## STARMARK

| DATE | AMOUNT |
|---|---|
| 12/29/2015 | $5,918.32 |
| 02/02/2016 | $5,946.68. |

- 3 -

CP Data:Users:DWP:StarShine Academy :Pldg:Amendments to Schedule AB & SFA.doc
Case 2:16-bk-01803-SHG  Doc 26  Filed 03/25/16  Entered 03/25/16 12:17:58  Desc
Main Document  Page 3 of 5

CARMICHAEL & POWELL
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
7301 NORTH 16TH STREET, SUITE 103
PHOENIX, ARIZONA 850020-5297
(602) 861-0777

**No. 7.1, Statement of Financial Affairs.**

The address of the Downtown Justice Court is 620 West Jackson, Phoenix, Arizona.

**No. 7.2, Statement of Financial Affairs.**

The address of the Maryvale Justice Court is 4622 W. Indian School Road, Phoenix, Arizona.

**No. 21, Statement of Financial Affairs.**

VALUES

| NAME | VALUE |
| --- | --- |
| Sunwize, LLC | $100,000.00 |
| Patricia A. McCarty | $ 10,000.00 |
| Hillcrest Academy | $ 50,000.00. |

**No. 26, Statement of Financial Affairs.**

The address of Rich Rose is 3535 E. McDowell Road, Phoenix, Arizona.

**No. 26b 1, Statement of Financial Affairs.**

The address of Holcoomb and Shreves, CPAs, is 3050 E. Irwin Avenue, Mesa, Arizona.

**No. 28, Statement of Financial Affairs.**

The address of Patricia A. McCarty is 3535 E. McDowell Road, Phoenix, Arizona.

CP Data:Users:DWP:StarShine Academy :Pldg:Amendments to Schedule AB & SFA.doc
Case 2:16-bk-01803-SHG    Doc 26    Filed 03/25/16    Entered 03/25/16 12:17:58    Desc
Main Document    Page 4 of 5

The address of Rebecca McClain is presently unknown but being ascertained.

**No. 29, Statement of Financial Affairs.**

The address of Vern Swaback is 7550 E. McDonald, Scottsdale, Arizona; the period during which he held his position was 2003-2015.

The address of Shep Gordon is presently unknown but is being ascertained; the period during which he held his position was 2003-2015.

**No. 30, Statement of Financial Affairs.**

The salary of Patricia A. McCarty was paid on the 5th day and the 20th day of each month for the one year before filing.

DATED this 25th day of March, 2016.

CARMICHAEL & POWELL, P.C.

By _____
Donald W. Powell
7301 North 16th Street, #103
Phoenix, Arizona 85020
Attorneys for Debtor

COPY of the foregoing sent electronically this 25th day of March, 2016, to:

Jennifer A. Giaimo
United States Trustee
230 North First Avenue, #204
Phoenix, Arizona 85003
Jennifer.A.Giaimo@usdoj.gov

_____